ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>US SHEET METAL & HOOD, etc.,<br><br>Defendant. | NO. C 09 1811 MHP<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO MOTION HEARING DATE |

Plaintiffs request that the Case Management Conference be continued from November 2, 2009 at 4:00 p.m. to November 30, 2009 at 4:00 p.m., the date and time for the Motion for Default Judgment.

Respectfully submitted.

DATED: October 28, 2009          ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION

                                 By: /s/Michael J. Carroll
                                     Michael J. Carroll
                                     Attorneys for Plaintiff

[APPROVED — Judge Marilyn H. Patel, United States District Court, Northern District of California]

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO MOTION HEARING DATE